UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>                       Petitioner,<br><br>v.<br><br>ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; ARAMARK SERVICES, INC. GROUP HEALTH PLAN; ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,<br><br>                       Respondents. | Civil Action No. 3:24-CV-272-SRU<br><br><br><br><br><br><br><br>March 29, 2024 |

**RESPONDENTS' MOTION TO STAY, DISMISS, OR TRANSFER
IN FAVOR OF THE FIRST-FILED ACTION IN THE EASTERN DISTRICT OF TEXAS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

       Respondents Aramark Services, Inc. f/k/a Aramark Corporation; Aramark Services, Inc. Group Health Plan; Aramark Uniform Services Group Health and Welfare Plan; and Aramark Benefits Compliance Review Committee ("Respondents"), hereby move the Court to stay, dismiss, or transfer this matter to the Eastern District of Texas, Case No. 2:23-cv-00446 (the "Motion").

       Given that Petitioner's filing constitutes a second-filed action with respect to identical issues already pending in another District, Respondents respectfully request an opportunity to be heard through oral argument to ensure clarity with respect to the Parties' positions and to address the collateral impact that any ruling in this matter may have on the Eastern District of Texas action. *See* D. CONN. L. CIV. R. 7(a)(1); *see also* Chamber Practices regarding this Court's PRETRIAL PREFERENCES.

**ORAL ARGUMENT REQUESTED**

Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) supports the relief sought by Respondents. *See United States ex rel. Capella v. United Techs. Corp.*, No. 3:94-cv-2063, 1999 U.S. Dist. LEXIS 10520, at *2 (D. Conn. June 3, 2010) (application of the first-filed rule under FED. R. CIV. P. 12(b)(1)); *Veritas-Scalable Inv. Prods. Fund, LLC v. FB Foods, Inc.*, No. 3:04 CV 1199, 2006 U.S. Dist. LEXIS 51085, at *13 (D. Conn. July 26, 2006) (application of the first-filed rule under FED. R. CIV. P. 12(b)(6)); *Liberty Mut. Ins. Co. v. Fairbanks Co.*, 17 F. Supp. 3d 385, 391 (S.D.N.Y. 2014) (same).

In support of Respondents' Motion, separately filed herewith are: (i) Respondents' Memorandum of Law in Support; and (ii) the Declaration of David. I. Schiefelbein dated March 29, 2024 and the exhibits annexed thereto.

WHEREFORE, Respondents' request that the Court stay, dismiss, or transfer this matter to the Eastern District of Texas, Case No. 2:23-cv-00446, and grant any such other and further relief deemed just and appropriate at law and in equity.

/s/ David I. Schiefelbein
David I. Schiefelbein
N.Y. Bar No. 4767398 (*admitted pro hac vice*)
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
dschiefelbein@mckoolsmith.com
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Jon D. Corey
D.C. Bar No. 491311 (*admitted pro hac vice*)
**MCKOOL SMITH, P.C.**
1999 K Street, N.W., Suite 600
Washington, DC 20006
jcorey@mckoolsmith.com
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

-3-

Patrick J. McHugh
CT Bar No. CT14072
**PATRICK MCHUGH LAW LLC**
6 Landmark Square, 4th Floor
Stamford, CT 06901
patrick@pmchughlaw.com
Telephone: (203) 403-2217
Facsimile: (914) 478-4142

*Attorneys for Respondents Aramark Services, Inc. f/k/a Aramark Corporation; Aramark Services, Inc. Group Health Plan; Aramark Uniform Services Group Health and Welfare Plan; and Aramark Benefits Compliance Review Committee.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/ David I. Schiefelbein*
David I. Schiefelbein