**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

AETNA LIFE INSURANCE COMPANY,

Petitioner,

v.

ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; ARAMARK SERVICES, INC. GROUP HEALTH PLAN; ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,

Respondents.

Civil Action No. 3:24-cv-00272-SRU

May 1, 2026

**PETITIONER'S NOTICE REGARDING DECISION OF**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Petitioner Aetna Life Insurance Company ("Aetna") submits this notice in accordance with the Order Staying Case entered August 2, 2024 (ECF No. 49).

On December 18, 2025, the United States Court of Appeals for the Fifth Circuit issued an opinion in Aetna's appeal of the litigation between the instant parties in the United States District Court for the Eastern District of Texas. Petitioner filed a notice of that opinion. (ECF No. 52.) On January 16, 2026, Aetna filed a petition in the Fifth Circuit seeking rehearing *en banc*. On April 28, 2026, the Fifth Circuit issued an order granting rehearing, vacating the prior opinion and judgment of the court, and staying the mandate. A copy of the Clerk's Letter enclosing the Fifth Circuit's Order (Case 24-40323, Dkt. Nos. 187-1 and 187-2) is attached hereto as Exhibit A.

Pursuant to the Clerk's letter, Aetna has until May 28, 2026, to file an en banc brief, and Respondents have until June 29, 2026, to file their brief. The case will then be heard sometime during the month of September 2026.

Respectfully submitted,

**THOMPSON HINE LLP**

*/s/ Peter J. Kocoras*
Peter J. Kocoras
(admitted *pro hac vice*)
Peter.Kocoras@ThompsonHine.com
Gregory H. Berman
(admitted *pro hac vice*)
Gregory.Berman@thompsonhine.com
20 North Clark Street, Suite 3200
Chicago, Illinois 60602
(312) 998-4241

ROBINSON & COLE LLP
Theodore J. Tucci
Kevin P. Daly
280 Trumbull Street
Hartford, CT 06103
(860) 275-8210
ttucci@rc.com
kdaly@rc.com

*Attorneys for Petitioner*
*Aetna Life Insurance Company*